## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SHAKKA SHANEAK JAMES          Case No.: 3:25-cv-3371

    Plaintiff,

vs.

ACURA FINANCIAL SERVICES, et al.

    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lippes Mathias LLP, by Brendan H. Little, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant Optio Solutions, LLC, and requests that all papers, pleadings, notices, orders and other related comments in these proceedings be served upon the undersigned.

Dated: December 10, 2025

**LIPPES MATHIAS LLP**

s/ Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant Optio Solutions, LLC
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
T: (716) 853-5100
F: (716) 853-5199
E: blittle@lippes.com