IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SHAKKA SHANEAK JAMES**

**Plaintiff**

V                                                         Case No. 3:25-cv-03371-N-BN

**Acura Financial Services, ET AL**

    **Defendants.**

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff respectfully requests that the Court appoint counsel to represent Plaintiff in this case pursuant to 28 U.S.C. § 1915(e)(1).

Plaintiff is unable to afford an attorney and believes that the issues in this case Are complex and involve questions of law and fact that require legal expertise. The opposing parties are represented by counsel, and Plaintiff is unable to Adequately represent his/her interests without assistance.

For these reasons, Plaintiff requests that the Court appoint counsel.

Respectfully Submitted,

/s/ Shakka Shaneak James

SHAKKA SHANEAK JAMES

All Rights Reserved, Without Prejudice UCC 1-308

All correspondences shall be addressed to, when electronic means are unavailable:

Shakka Shaneak James
Mailing Address: 1445 Woodmont Ln NW 3213, Atlanta, Georgia 30318
Phone: 404.428.3324 | Email: ministryjlm@proton.m

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

Document was served through the Court's electronic transmission facilities as of the date

Of filing on persons and parties who have appeared in this case.

/s/ Shakka Shaneak James
SHAKKA SHANEAK JAMES