UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SHAKKA SHANEAK JAMES,**
**Plaintiff,**

v.                                           Civil Action No.: 3:25-cv-03371-N-BN

**LONESTAR MANAGING GENERAL AGENCY**
**Defendants.**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff Shakka Shaneak James, proceeding pro se, respectfully moves for leave of Court to file a Motion to Enforce Settlement Agreement and states as follows:

Plaintiff and Defendant Lonestar Managing General Agency entered into a written Joint Settlement Agreement executed on December 18, 2025 and intended to resolve Plaintiff's claims against Lonestar and its constituents.

Under the Agreement, Plaintiff agreed to dismiss all claims against Lonestar and its constituents with prejudice in exchange for Defendant's agreement to withdraw, release, and extinguish a judgment lien arising from a March 6, 2018 Default Judgment entered in Dallas County, Texas [JS17-01456A].